| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 2 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MICHELE LEUTHAUSER,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>UNITED STATES OF AMERICA; ANITA SERRANO,<br><br>　　　　Defendants-Appellees. | No.　22-15402<br><br>D.C. No.<br>2:20-cv-00479-JCM-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The Institute for Justice's Unopposed Motion for Leave to Participate in Oral Argument as Amicus Curiae Supporting Plaintiff-Appellant (Dkt. No. 46) is GRANTED. Amicus is allotted six of Plaintiff-Appellant's 15 minutes of oral argument.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7